# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:19-CR-20 |
| ) | Judge Reeves |
| TODJI MARTIN ) | |

## MEMORANDUM AND ORDER

Defendant moves to continue the trial scheduled for January 21, 2020 [Doc. 38]. In support of the motion, defendant states that counsel and the government have been involved in a good faith effort to resolve defendant's case but have not reached a resolution prior to the scheduled trial date. Counsel has explained the right to a speedy trial to defendant, who understands that all time between the filing of the motion and the new trial date will be fully excludable. The government has no objection to the motion to continue the trial, and the parties have agreed on a new trial date of May 26, 2020.

In light of defendant's need for additional time to explore plea negotiations and to prepare this case for trial, the motion to continue [Doc. 38] is **GRANTED,** and the trial of this matter is continued to commence on **May 26, 2020.** The court finds the ends of justice served by continuing the trial outweigh the interests of the defendant and the public in a

1

speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court also finds that continuing the trial is necessary in order to permit counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The court finds that requiring the parties to proceed to trial on January 21 would deprive counsel of the reasonable time necessary to prepare effectively for trial, taking into account the exercise of due diligence. *Id.* The period of time between the defendant's motion for a continuance and the trial of this case shall be fully excludable for Speedy Trial purposes. 18 U.S.C. § 3161(h)(7)(A) - (B).

All motions in limine must be filed no later than fifteen (15) days before trial. Special requests for jury instructions shall be submitted to the court no later than ten (10) days before trial and shall be supported by citations of authority pursuant to Local Rule 7.4.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**